# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131645

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DAWAN ARTICE COLFER,
      Defendant-Appellee.

SC: 131645
COA: 268740
Wayne CC: 05-000709-01

_____

## AMENDMENT TO ORDER

On order of the Court, the order of October 27, 2006 is amended to correct a clerical error in the first sentence of the third paragraph of the statement by Markman, J. That sentence is corrected to read:

"Here, this was defendant's second conviction of felony-firearm and, thus, it would seem that he should be imprisoned for five years according to the straightforward language of the statute."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2006

_____
Clerk